IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| VIVIAN ATKINSON, Individually and as the Executrix of the Estate of GENE MALCOLM CRAWFORD ATKINSON, DECEASED, | § § § § § | |
| Plaintiffs, | § § | CASE NO. 2:08-CV-134-J |
| vs. | § § | |
| MODERN WOODMEN OF AMERICA, a fraternal insurance organization, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is Defendant's motion, filed February 2, 2009, for partial summary judgment, and the response of the Plaintiffs.

Defendant's motion is denied.

It is SO ORDERED.

Signed this the 4 day of March, 2009.

MARY LOU ROBINSON
United States District Judge